UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

RONALD D. WALLACE,                               Case No. 14-CV-4614 (PJS/HB)

      Plaintiff,

v.                                               ORDER OF DISMISSAL

CARRINGTON MORTGAGE SERVICES, LLC,
et al.,

      Defendants.

---

Based upon the Stipulation for Dismissal filed by the parties on February 22, 2016 [ECF No. 31],

IT IS ORDERED that plaintiff's claims against defendants Carrington Mortgage Services, LLC and Carrington Resolution Services, LLC are dismissed with prejudice and on the merits, without costs or disbursements to any party.


Dated: February 23, 2016                   s/Patrick J. Schiltz
                                                     Patrick J. Schiltz
                                                     United States District Judge